AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of ____Colorado____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>CLAYTON EMERY | **Judgment in a Criminal Case**<br>(For a Petty Offense) — Short Form<br><br>Case No.<br>USM No.<br><br>_____Stephan Schweissing_____<br>Defendant's Attorney |

**THE DEFENDANT:**

■ **THE DEFENDANT** pleaded guilty to count(s)     "NO CONTEST" Count I-

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 38 CFR §1.28(b)(11) | Engaged in Distruptive conduct | 02/28/2014 | I |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| Total: | $ | 10.00  $   50.00 Imposed, $49.00 suspended |

Last Four Digits of Defendant's Soc. Sec. No.: __4816__

Defendant's Year of Birth: __1960__

City and State of Defendant's Residence:

_____January 13, 2015_____
Date of Imposition of Judgment

_____*signature*_____
Signature of Judge

_____Gordon P. Gallagher Magistrate Judge_____
Name and Title of Judge

_____01/20/2015_____
Date